Opinion
issued July 28, 2011.

 




 
 
 
 
 




 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B11B00089BCV

 



 

THE ESTATE OF ADAM BOYD
KNETSAR, TRACY NICOLE KNETSAR, AMBER KNETSAR, LESLIE P. KNETSAR AND RONALD B.
KNETSAR, Appellants

 

V.

 

AAA ASPHALT PAVING, INC.,
Appellee

 



 

On Appeal from the 281st
District Court

Harris County, Texas

Trial Court Cause No. 2007-45917

 



 

MEMORANDUM
OPINION








Appellants, The Estate of Adam Boyd Knetsar,
Tracy Nicole Knetsar, Amber Lynn Knetsar, Leslie P. Knetsar and Ronald B.
Knetsar, have failed to timely file the clerk’s record.  See Tex.
R. App. P. 37.3(b) (discussing failure of appellant to pay or make
arrangements to pay clerk’s fee for preparing clerk’s record).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

The appeal is dismissed for want of
prosecution for failure to timely file the clerk’s record.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Brown.